Robert W. E
WSCC P.O. Box 7007
Carson City NV 89702
(Plaintiff Proper Person).

# United States District Court
## District of Nevada

Robert W. Elliott,
Plaintiff,

vs.

Brian Williams,
Defendants.

Case No: 2:19-CV-00383-GMN-BNW

**Request for Extension of Time To file Amended Complaint**

Comes now the Plaintiff, Robert W. Elliott in Proper Person in the above titled pleading, "Request for Extension of time to file Amended Complaint". This request is made pursuant to this Courts order of September 16th 2021 (Doc 45) in which the Court ordered the Plaintiff to file an amended Complaint consistent with its decision upon the original Complaints grounds. The Plaintiff was provided a period of Twenty-One (21) days to provide such, making the deadline October 7th 2021. The Plaintiff is unable to meet this deadline and requests an extension to file the amended complaint, under the following reasons;

RECEIVED
OCT 04 2021
CLERK OF THE COURT

Facts In Support.

The Plaintiff (Hereinafter Elliott) is currently housed at Warm Springs Correctional Center, which law library operates under the paging system, I am seeking their assistance in clarifying exactly what claims and grounds I am allowed to persue and what grounds I must appeal to the Ninth Circuit Court of Appeals. Elliott is aware of one ground, Claim / Ground Two, (use of Savings Account to purchase religious items) was dismissed with prejudice and, Elliott will appeal this decision to the Ninth Circuit Court, but is unaware of the procedure to obtain such as the remaining claims are believed to be moving forward. Due to such Elliott needs to review and meet with the law library assistants under the paging system to receive information on how to proceed. This will take additional time as W.S.C.C. is operating under modified operations due to the Covid-19 pandemic.

Unfortunately Elliott has suffered a tragic loss in his family when his mother passed away on September 10th 2021 due to the Covid-19 delta variant at Renown Medical Center. At this time I have been unable and denied to follow my beliefs and perform the necessary rituals and create the neccessary tailsmans (medicine bags and Spiritual totems) for my mothers burial and Spirit in accordance with my mothers and I beliefs. This has taken a mental toll on me and given me an emotional stress. To be direct with the Court and parties involved "it still has not become a real event to me". I have sought the mental health department at W.S.C.C., though I can not recieve any medication into my body until I complete the required blessings of my mothers spirit, which remain denied at this time. To be honest with the Court and parties "my head is not here", so along with this and the circumstances of the W.S.C.C. operations under this pandemic I am requesting an extension of time.

Elliott would also like to point out to the Court that defendant Gentry has failed to provide an answer to the Complaint, nor contact me in the hopes of settlement. This to will need to be addressed with the Court an will also be needing time to resolve.

Elliott is requesting a period of time to included the date of November 29th 2021, which is the first monday after the thanksgiving federal Holiday, to be the deadline for the filing of the Amended Civil Complaint. Though this period extends over Sixty (60) days Elliott believes he can recieve the assistance he needs and provide the Court with an Amended Complaint with the facts necessary to resolve these issues.

Elliott respectfully requests this Court grant this request of an time extension of up untill November 29th 2021.

Respectfully submitted this 27 day of September 2021

Robert W. Elliott 88301
WSCC PO Box 7007
Carson City NV 89702
(Plaintiff Proper Person)

**Order**

**IT IS SO ORDERED**

**DATED:** 3:43 pm, October 12, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Certificate of Service

I, Robert Elliott hereby Certify pursuant to NRCP 5(b) that on this 27th day of September 2021, I mailed a true and Correct Copy of the foregoing "Request for Extension of Time to file Amended Complaint," the attached was mailed to the following parties through the W.S.C.C. legal Mail System. Postage prepaid..

United States District Court of Nevada
Attn: Court Clerk-
200 Lewis Ave.
Las Vegas, NV 89155

Attorney General
Alexander Smith
555 East Washington Ave.
Suite 3900
Las Vegas NV 89101.

To: United States District Court of Nevada
Attn: Court Clerk.

Fr: Robert W. Elliott, Plaintiff. (case No: 2:19-cv-00383-GMNBNW).

Sub: Pleading - Request of Extension of time

Date: 9/27/21

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
OCT - 8 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY DEPUTY

Dear, Court Clerk,

Please find enclosed Two (2) copies of the pleading titled "Request for Extension of time to file Amended Complaint", please file with the Court and as confirmation of receipt and filing return the offered copy with a filed date stamp affixed.

Thank you for your time and assistance in this matter.

Sincerely

Robert W. Elliott 88303
WSCC PO Box 7007
Carson City NV 89702.



R. Elliott #88303
WSCC PO Box 7007
Carson City NV
89702.
To: United States District Court
of Nevada
Attn: Court Clerk
200 Lewis Ave.
Las Vegas, NV 89155.
Confidential
Legal Mail

TEVEN D. GRIERSON, Clerk of the Court
00 LEWIS AVENUE, 3RD FLOOR
AS VEGAS NV 89155-1160

ETURN SERVICE REQUESTED

U.S. District Court
333 S. Las Vegas Blvd.
Las Veags, NV 89101