Robert W. Elliott #88303
WSCC PO Box 7007
Carson City NV 89702
Plaintiff Proper Person.



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV 22 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# United States District Court of Nevada

| | |
|---|---|
| Robert W. Elliott, <br> Plaintiff, <br> vs~ <br> Brain Williams, <br> et al Defendants | Case No: 2:19-CV-00383-GMN-BNW <br><br> Request for Leave of Court to Abstain from filing Exhibits with Amended Complaint |

Comes now the Plaintiff Robert W. Elliott in proper person who seeks leave of this Court to Abstain from filing exhibits with the Amended Complaint. Plaintiff makes this request as the exhibits that would be filed with the Complaint are already on file with the Court and have been provided to the Defendants. The Exhibits are extensive and it would be redundant to refile them again, as such Plaintiff has attached the exhibit Index pages, these are the exhibits that were filed with the original Complaint and the Plaintiffs opposition to the Motion to Dismiss the Complaint. The Plaintiff would request that these exhibits be deemed as properly filed with the new Amended Complaint as they are documentary evidence of the facts in the Complaint.

1

The Plaintiff has included Two (2) new exhibits, exhibits X: Wicca library catalog list.; this list was recieved by request to Tim Connors who now resides at W.S.C.C., in which Plaintiff and Mr Connors created at SDCC after the incident of Feb 3rd 2016. and exhibit Y: A.R 814 religious diets, which over sees the "Common fare program" a diet given to inmates daily throughout the year. These are now included for the Courts consideration.

The Plaintiff hopes the Court will grant this request to forgo the second filing of exhibits listed on the index of the original complaint and Opposition to the motion to Dismiss and will deem them as properly filed now for the Courts consideration.

Respectfully submitted this 15th day of November 2021.

Robert W Elliott 88303
WSCC PO Box 7007
Carson City NV 89702
Plaintiff Proper Person.

### Order

IT IS ORDERED that ECF No. 49 is DENIED. Plaintiff's amended complaint must be complete in and of itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"). IT IS FURTHER ORDERED that Plaintiff must refile his amended complaint with the exhibits he wishes to be a part of his amended complaint by December 20, 2021. If Plaintiff needs copies of specific documents to file a complete amended complaint, he may file a motion requesting the specific documents he needs.

IT IS SO ORDERED

DATED: 10:42 am, November 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# Certificate of Service

I, Robert Elliott hereby Certifies pursuant to NRCP 5(b) that on this 15 day of November 2021 I mailed a true and correct copy of the attached pleading "Request for leave of Court to Abstain from filing Exhibits with Amended Complaint". through the W.S.C.C. legal mail procedure to the following addresses

United States District Court
of Nevada
Attn: Court Clerk.
333 Las Vegas Blvd South
Las Vegas, NV 89101

Attorney General
- Alexander Smith -
555 East Washington Ave
Suite 3900
Las Vegas NV 89101.

_____ on this day of 11/15/2
Robert Elliott

#88303
OBox7007
City NV
89702

CARSON CITY NV 89701

SHIP UNITED STATES DISTRICT COURT
TO: 333 LAS VEGAS BLVD SOUTH
LAS VEGAS NV 89101-7065

USPS TRACKING #

9305 5107 4040 0000 6794 64

ELECTRONIC RATE APPROVED #107404

BOX 1 OF 1
Priority Mail is a registered trademark of the U.S. Postal Service

XRAYED US MARSHALS SERVICE

To: United States District Court
of Nevada
Attn: Court Clerk
333 Las Vegas Blvd. South
Las Vegas, NV 89101

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

NOV 22 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY